UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE BAZAN,<br><br>           Plaintiff,<br><br>     v.<br><br>U.S. BANCORP,<br><br>           Defendant. | Case No.: C 10-3265 PVT<br><br>**ORDER** C**ONTINUING** H**EARING,** **AND** S**ETTING** D**EADLINE FOR** P**LAINTIFF TO** F**ILE** E**ITHER A** "C**ONSENT TO** P**ROCEED** B**EFORE A** U**NITED** S**TATES** M**AGISTRATE** J**UDGE**," **OR** E**LSE A** "D**ECLINATION TO** P**ROCEED** B**EFORE A** U**NITED** S**TATES** M**AGISTRATE** J**UDGE AND** R**EQUEST FOR** R**EASSIGNMENT**" |

On August 2, 2010, Defendant filed a Motion to Dismiss.[1] Pursuant to Civil Local Rule 73-1(a)(2), no later than one week after that motion was filed each party was required to file either a written consent to the jurisdiction of the Magistrate Judge, or request reassignment to a District Judge.[2] Only Defendant has yet done so. Therefore, based on the file herein,

IT IS HEREBY ORDERED that the hearing on the motion to dismiss is CONTINUED to 10:00 a.m. on November 9, 2010.

IT IS HEREBY ORDERED that, no later than October 19, 2010, Plaintiff shall file either a

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] Magistrate Judges have authority to hear dispositive motions, such as the motion to dismiss, only in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1).

O<small>RDER</small>, *page 1*

1  "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed
2  Before a United States Magistrate Judge and Request for Reassignment to a United States District
3  Judge."[3]

4  Dated: *10/5/10*

　　　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[3]　　Both forms are available from the clerk of the court, or from the "Forms" section of the court's website (www.cand.uscourts.gov).